# Court of Appeals
# of the State of Georgia

ATLANTA, __April 16, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A0818.  EARNESTINE PITTMAN, IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF EAST POINT  v. BARBARA COLLINS et al.**

This appeal was docketed in this Court on December 14, 2012.  The Appellant's brief, including enumerations of error, was due to be filed no later than January 3, 2013.  Court of Appeals Rule 23 (a).  On December 31, 2012, this Court entered an order granting Appellant an extension of time and ordering that Appellant's brief and enumerations of error be filed by no later than February 4, 2013.  On January 28, 2013, this Court entered an order granting Appellant a second extension of time and ordering that Appellant's brief and enumerations of error be filed by no later than March 4, 2013.  Appellant, however, has failed to file a brief and enumerations of error.  Accordingly, the instant appeal is hereby DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/16/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*